# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **05/07/2019**

TITLE **USA v. Derrick Bernard Johnson**

TIMES **10:05 - 10:45**  TOTAL **40 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jennifer Kirkland | Sean Simmons | |

PROCEEDINGS : **Change of Plea**   ☑ In Court   ☐ In Chambers

**Change of plea hearing held this date.**
**Court does not accept the plea this date. If Defendant so wishes, the Court will revisit another Rule 11 hearing.**
**Trial date forthcoming.**