# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **01/23/2020**
TITLE **USA v. Derrick Johnson**
TIMES **1:15 - 1:25**  TOTAL **10 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**  Interpreter:

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jennifer Kirkland | Sean Simmons | |

PROCEEDINGS: **Sentencing**   ☑ In Court   ☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 29 / Criminal History IV / Guideline 151-188 Months / 3 years supervised release / $30,000 - $1,000,000 fine / $100 special assessment / No fine / No minimum - maximum 20 years
Defense 1:17 - 1:18 / Government 1:19 - 1:20 / Defendant 1:20 - 1:21
Court - BOP 151 months / 3 years supervised release / standard, special and mandatory conditions of release / no fine / $100 special assessment / FCI Jesup to the extent space and security allow / DNA sample / no firearms or weapons / substance abuse testing and no tampering / subject to searches / appeal waiver / recommendation to BOP for placement in drug treatment program.

(Rev 7/2003)   GENERAL CLERK'S MINUTES